*E-Filed: April 22, 2014*

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER D. DUSSEAULT (SBN 177557)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
*cdusseault@gibsondunn.com*

THOMAS R. PACK (SBN 287268)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
*tpack@gibsondunn.com*

Attorneys for Plaintiff
CrossFit, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES DEL CUETO DAVALOS; ALFA EXTREME FITNESS S.A. DE C.V.; DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO. 5:14-cv-00725-HRL<br><br>**[PROPOSED] ORDER GRANTING CROSSFIT, INC.'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING CROSSFIT, INC.'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE—CASE NO. 5:14-CV-00725-HRL

1  Good cause appearing, and pursuant to Civil L.R. 7-11 and Fed. R. Civ. P. 16(b), the Court
2  orders the following:
3  (1) The initial case management scheduling order is **VACATED**;
4  (2) The case management conference currently scheduled for June 17, 2014 is rescheduled for
5  the following date and time: _____October 21_____, 2014 at __1:30__ am/~~pm~~ in
6  Courtroom 2, 5th Floor, 280 South 1st Street, San Jose, California; and
7  (3) The initial case management statement currently due June 10, 2014 is now due on the
8  following date: _____October 14_____, 2014.
9  (4) Related ADR deadlines are adjusted accordingly.
10 **IT IS SO ORDERED.**

13 DATED: ___April 22_____, 2014       _____
14                                         THE HONORABLE HOWARD R. LLOYD
                                           Magistrate Judge, United States District Court

Gibson, Dunn & Crutcher LLP

2
[~~PROPOSED~~] ORDER GRANTING CROSSFIT, INC.'S ADMINISTRATIVE MOTION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE—CASE NO. 5:14-CV-00725-HRL