GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER D. DUSSEAULT (SBN 177557)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
*cdusseault@gibsondunn.com*

THOMAS R. PACK (SBN 287268)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
*tpack@gibsondunn.com*

Attorneys for Plaintiff
CrossFit, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDRES DEL CUETO DAVALOS; ALFA EXTREME FITNESS S.A. DE C.V.; DOES 1-10, INCLUSIVE,<br><br>    Defendants. | CASE NO. 5:14-cv-00725-BLF<br><br>**[PROPOSED] ORDER GRANTING CROSSFIT, INC.'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

1   Good cause appearing, and pursuant to Civil L.R. 7-11 and Fed. R. Civ. P. 16(b), the Court orders the following:

(1) The October 28, 2014 case management scheduling order is **VACATED**;

(2) The case management conference currently scheduled for November 19, 2014 is rescheduled for the following date and time: **May 21, 2015** at **1:30 p.m.** in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, California; and

(3) The initial case management statement currently due November 13, 2014 is now due on the following date: **May 14, 2015**.

**IT IS SO ORDERED.**

DATED: November 12, 2014

*[signature]*
THE HONORABLE BETH LABSON FREEMAN
Judge, United States District Court

Gibson, Dunn & Crutcher LLP

2
[PROPOSED] ORDER GRANTING CROSSFIT, INC.'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE—CASE NO. 5:14-CV-00725-BLF