1  GIBSON, DUNN & CRUTCHER LLP
   CHRISTOPHER D. DUSSEAULT (SBN 177557)
2  333 South Grand Avenue
   Los Angeles, CA 90071-3197
3  Telephone: 213.229.7000
   Facsimile:  213.229.7520
4  *cdusseault@gibsondunn.com*

5  THOMAS R. PACK (SBN 287268)
   555 Mission Street, Suite 3000
6  San Francisco, CA 94105-0921
   Telephone: 415.393.8200
7  Facsimile:  415.393.8306
   *tpack@gibsondunn.com*
8
   Attorneys for Plaintiff
9  CrossFit, Inc.

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

| CROSSFIT, INC., a Delaware corporation, | CASE NO. 5:14-cv-00725-BLF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING CROSSFIT, INC.'S SECOND ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANDRES DEL CUETO DAVALOS; ALFA EXTREME FITNESS S.A. DE C.V.; DOES 1-10, INCLUSIVE, | |
| Defendants. | |

Gibson, Dunn &
Crutcher LLP

1    Good cause appearing, and pursuant to Civil L.R. 7-11 and Fed. R. Civ. P. 16(b), the Court orders the following:

(1) The November 12, 2014 case management scheduling order is **VACATED**;

(2) The case management conference currently scheduled for May 21, 2015 is rescheduled for the following date and time: _____November 19_____, 2015 at ___1:30___ ~~am~~/pm in Courtroom 2, 5th Floor, 280 South 1st Street, San Jose, California; and

(3) The initial case management statement currently due May 14, 2015 is now due on the following date: _____November 12_____, 2015.

**IT IS SO ORDERED.**

DATED: May 11, 2015

_____
THE HONORABLE BETH LABSON FREEMAN
Judge, United States District Court

Gibson, Dunn & Crutcher LLP

2
[PROPOSED] ORDER GRANTING CROSSFIT, INC.'S SECOND ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE—CASE NO. 5:14-CV-00725-BLF