UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CROSSFIT, INC.,<br>      Plaintiff,<br>  v.<br>ANDRES DEL CUETO DAVALOS, et al.,<br>      Defendants. | Case No.  5:14-cv-00725-BLF<br>**CASE MANAGEMENT ORDER** |

      On 11/19/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

      IT IS FURTHER ORDERED THAT the Parties are to submit a written statement to the court regarding status of service to the case by 02/16/2016.

Dated:  11/19/2015

                                          _____
                                          BETH LABSON FREEMAN
                                          United States District Judge